A91A0689. SOUTHERN RAILWAY COMPANY v. REESE.
A91A0690. CSX TRANSPORTATION, INC v. REESE.
(407 SE2d 139)

CARLEY, Judge.

Appellee-plaintiff brought suit, seeking to recover for injuries that he suffered while engaged in his employment with Georgia Power Company. Appellant-defendants answered and, after extensive discovery, they moved for summary judgment. The trial court granted summary judgment in appellants' favor and, on appeal, this court affirmed. *Reese v. Southern R. Co.*, 199 Ga. App. 320 (404 SE2d 643) (1991). In the instant appeals, appellants appeal from the denial of their respective motions for litigation costs and attorney's fees pursuant to OCGA § 9-15-14. The two appeals are hereby consolidated for appellate review in this single opinion.

"The trial court [refused to award] attorney['s] fees and expenses of litigation [pursuant to either] OCGA § 9-15-14 (a) [or] (b). OCGA § 9-15-14 (a) provides for a mandatory award. The standard of review for this section is the 'any evidence' rule. OCGA § 9-15-14 (b) is discretionary and the standard of review is abuse of discretion. Under both standards[,] the record supports the trial court's [denial of an] award." *Haggard v. Bd. of Regents &c. of Ga.*, 257 Ga. 524, 527 (4c) (360 SE2d 566) (1987).

*Judgments affirmed. Banke, P. J., and Beasley, J., concur.*

DECIDED JUNE 4, 1991.

*Branch, Pike & Ganz, Burt DeRieux, Keith J. Reisman, Eileen M. Crowley*, for appellant (case no. A91A0689).
*Webb, Kicklighter & Casey, Robert E. Casey, Jr., Matthew D. Williams*, for appellant (case no. A91A0690).

*Richard E. Stark*, for appellee.